Opinion issued September 27, 2006










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-06-00630-CV

____________


IN RE TOTAL PETROCHEMICALS USA, INC., Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator Total Petrochemicals USA, Inc. filed a petition for a writ of mandamus,
complaining of (1) Judge Davidson's February 10, 2006 order denying relator's
motion for summary judgment, granting real parties in interest's motion for partial
summary judgment, and denying relator's motion for severance and (2) Judge
Davidson's April 28, 2006 order denying reconsideration of the February 10, 2006
order. (1)

 We deny the petition for a writ of mandamus.


PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Higley.
1. 
 
-